IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PATRICIA WALKER-HALSTEAD,<br><br>                    Defendant. | 8:13CR310<br><br><br>**FINAL ORDER** |

This matter is before the court on defendant's MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [17].  The Indictment in this case was filed on August 20, 2013, and this is the defendant's fourth request for an extension of the pretrial motion deadline.  I find that the motion should be granted, however, this shall be the **final** extension.  The defendant will be given an approximate 90-day extension.  Pretrial Motions shall be filed by August 25, 2014.

        IT IS ORDERED:

        1.        Defendant's MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [17] is granted.   Pretrial motions shall be filed on or before August 25, 2014.

        2.        The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 27, 2014 and August 25, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

        3.        This is the **final** extension of time for filing Pretrial Motions.  No further extensions will be granted.

        Dated this 28th day of May, 2014.

                                                                                BY THE COURT:

                                                                                s/ F.A. Gossett, III
                                                                                United States Magistrate Judge