# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:13CR310** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PATRICIA WALKER-HALSTEAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the joint motion to continue by counsel for the parties during a telephone conference with the court on April 10, 2015. The parties seek a continuance of the trial of this matter scheduled for May 4, 2015. Walker-Halstead's counsel represented Walker-Halstead will file an affidavit whereby she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The joint oral motion to continue trial is granted.

2. Trial of this matter is re-scheduled for **August 10, 2015,** before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 10, 2015, and August 10, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 10th day of April, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge