IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICIA WALKER-HALSTEAD,<br><br>    Defendant. | **8:13CR310**<br><br>**ORDER** |

  This matter is before the court on the defendant's unopposed Motion to Extend Self-Reporting Date to Prison (Filing No. 72). After considering the matter, the court will grant the motion.

  IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before June 7, 2016.**

  Dated this 9th day of May, 2016.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge